**Opinion filed April 23, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00003-CV

_____

## IN THE INTEREST OF J.M.G., J.R.G., AND J.K.G., CHILDREN

**On Appeal from the 326th District Court**
**Taylor County, Texas**
**Trial Court Cause No. 47383-C**

## MEMORANDUM OPINION

Appellant, Whitney Di Anne Marquez, filed a notice of appeal from an order relating to child support. When the appeal was docketed in this court on January 11, 2021, the clerk of this court requested that Appellant forward the $205 filing fee or a statement of inability to afford the payment of court costs, along with a docketing statement, to this court on or before January 22, 2021. We notified Appellant by letters dated February 1, 2021; February 23, 2021; and March 23, 2021, that these items were past due. In the March 23 letter, we directed Appellant to pay the $205 filing fee or file a statement of inability to afford the payment of court costs on or before April 7, 2021, and we informed Appellant that her failure to do so "**may**

**result in dismissal of the case**." As of this date, we have not received the filing fee, a statement of inability to afford the payment of court costs, or a docketing statement. Furthermore, we have not received any other response from Appellant to the above letters.

Because Appellant has failed to pay the required filing fee in this appeal and has failed to comply with this court's directives, we dismiss the appeal. *See* TEX. R. APP. P. 5, 42.3.

PER CURIAM

April 23, 2021

Panel consists of: Bailey, C.J., Trotter, J., and Williams, J.